UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Anna Kozak

    v.                                          Case No. 21-cv-410-SM

Phynet Dermatology LLC, et al


JUDGMENT

Judgment is hereby entered in accordance with the following:

1. Notice of Voluntary Dismissal filed on February 27, 2024;

2. Order by Judge Steven J. McAuliffe dated March 21, 2024; and

3. Stipulation of Dismissal as to Case filed on January 28, 2025.

                                        By the Court:

                                        /S/ Daniel J. Lynch
                                        Daniel J. Lynch
                                        Clerk of Court

Date: February 18, 2025

cc:   Counsel of Record